UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

TERA GROUP INC., et al.,

                                                      Plaintiffs,

        -against-

BANK OF AMERICA CORPORATION, et al.,

                                                    Defendants.

Index No. 16-cv-02858-PAE

------------------------------------------------------------------- x

**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**

      PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, James J. Brennan, an attorney with the law firm of Wollmuth Maher & Deutsch LLP, counsel for Plaintiffs in the above-captioned action, hereby withdraw as an attorney of record. Wollmuth Maher & Deutsch LLP will continue to serve as counsel of record to Plaintiffs in the above-captioned action. I hereby request that my name and email address be removed from the case's official docket.

Dated: New York, New York                         Respectfully submitted,
       October 12, 2018

                                          By:    */s/ James J. Brennan*
                                                        James J. Brennan

**IT IS SO ORDERED.**

Date: October \_\_\_, 2018                                              _____

## **CERTIFICATE OF SERVICE**

      I, James J. Brennan, certify that on October 12, 2018, I electronically caused the Notice of Motion and Motion for Withdrawal of Appearance to be filed with the Clerk of Court using the CM/ECF system and to be served, via the Court's CM/ECF system, on counsel of record.


Date: October 12, 2018                         */s/ James J. Brennan*
      New York, New York                 James J. Brennan